GARY M. RESTAINO
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

JAN 21 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                    Plaintiff,

          v.

Donivan John Hale and Brian Tackett,

                    Defendant.

22-mj-00083-N/A

NOTICE OF VIDEO DEPOSITION
HEARING AS TO DATE, TIME
AND LOCATION

          PLEASE TAKE NOTICE that the video depositions of Fatima De Jesus Figueroa-

Gomez and Ramon Mata-Miranda, is currently scheduled for February 18, 2022, starting

at 1:00 p.m., in Suite 4700, Grand Jury Room, 4th floor of the United States District

Courthouse, 405 West Congress Street, Tucson, Arizona 85701.

          DATED January 21, 2022.

                              GARY M. RESTAINO
                              United States Attorney
                              District of Arizona

                              *Frances Khram Hope*

                              Assistant U.S. Attorney

Copy of the foregoing served electronically or
by other means dated January 21, 2022, to:

BP Prosecutions
U.S. Marshal's Service