# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Donivan John Hale  et al.,<br><br>　　　　Defendant. | No. 22-MJ-000083-N/A-LAB<br><br>**ORDER** |

The Court having been advised that the material witness deposition is scheduled for February 18, 2022, at 1:00 p.m. in the Grand Jury Room,

**IT IS HEREBY ORDERED** that a Status Conference, as to Defendants Donivan John Hale and Brian Tackett is scheduled before Magistrate Judge Leslie A. Bowman, on February 11, 2022, at 9:30 A.M.  Defendant will be present by video or by telephone if video is not available.

Attorneys are expected to meet and confer in good faith before the conference and should be prepared to discuss whether the parties will be filing a stipulation to release material witnesses and vacate the depositions or to confirm that the currently scheduled video depositions will be going forward.

Both the AUSA and defense counsel shall be present in court with a physical copy of the release of material witnesses that can be executed by defense counsel in the event the defendant consents on the record to their release

If a release for material witness is executed and the defendant wishes to plead guilty,

defense counsel will be advised to contact the assigned Magistrate Judge to schedule a change of plea hearing for a future date.

Dated this 27th day of January, 2022.

Honorable Leslie A. Bowman
United States Magistrate Judge