GARY M. RESTAINO
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
Arizona State Bar No. 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
gerard.schmit@usdoj.gov
Telephone: 520-620-7300
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Donivan John Hale, et.al.,<br><br>　　　　　Defendant. | MJ-22-0083-N/A (LAB)<br><br>**GOVERNMENT'S NOTICE OF SPEEDY TRIAL EXCLUSION PURSUANT TO 18 U.S.C. § 3161(b)** |

　　　　The defendant was arrested on January 19, 2022, and the government initiated this felony case via complaint.

　　　　Although 18 U.S.C. § 3161(b) requires that an indictment issue within 30 days from a defendant's arrest or the service of a summons, D. Ariz. General Order 22-02 (issued January 7, 2022) suspended all grand jury proceedings "until further notice" in order to protect the public against a district-wide health concern created by the arrival of the Omicron variant[1]. A grand jury was last in session in the District of Arizona, Tucson, on January 5, 2022. Defendant's grand jury deadline would have been February 18, 2022.

---

[1] Actions taken to limit court operations during the COVID-19 health crisis are also described in prior general orders dating back to March 13, 2020. General Order 20-10, issued on March 13, 2020, was superseded by General Orders 20-13 and 20-15, and made obsolete by General Order 21-05, which was later superseded by General Orders 21-11 and 21-18.

The Speedy Trial Act automatically provides for an additional 30 days in which to seek an indictment "when no grand jury has been in session during [the] thirty-day period" following a defendant's arrest. 18 U.S.C. § 3161(b). No government motion is required. *See United States v. Mann*, 701 F.3d 274, 284–85 (8th Cir. 2012) ("The plain language of section 3161(b) is unambiguous: where a grand-jury is not in session during the thirty-day period, 'the period of time for filing of the indictment shall be extended an additional thirty days.' 18 U.S.C. § 3161(b). Pursuant to the language of the statute, the extension of time is automatic; no Government motion is required.")

Because the grand jury has not been scheduled to reconvene, it will not be in session during the 30 days immediately following the defendant's arrest. Therefore, the government submits this Notice that the indictment deadline will be automatically extended for 30 days pursuant to 18 U.S.C. § 3161(b), resulting in a new deadline of on or before March 20, 2022.

Respectfully submitted this 15th day of February, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona


MICAH SCHMIT
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 15th day of February, 2022, to:

All ECF Participants