1 | contained in the disclosure, and such testimony shall be admitted as substantive evidence
2 | in any hearing or trial in the above captioned matter.
3 |       Based on the foregoing, the parties jointly move for the release of the above-named
4 | material witnesses to the Department of Homeland Security for return to their country of
5 | origin.
6 |       Respectfully submitted this _____ day of_____, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona


MICAH SCHMIT
Assistant U.S. Attorney


      I translated or caused to be translated this agreement from English into Spanish to the defendant on the ___day of _____, 2022.

_____
Adam Richard Dippel, Esq.
Attorney for Defendant


I understand and agree to the terms of this stipulation.

_____
Brian Tackett
Defendant

- 2 -

GARY M. RESTAINO
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No.: 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Mag. No. 22-00083M (LAB) |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES WITHOUT TAKING VIDEO DEPOSITION |
| Brian Tackett, | |
| Defendant. | |

The United States of America, through undersigned counsel, and the defendant, individually and through counsel, do hereby agree and stipulate as follows:

1. Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda (hereinafter referred to as "material witnesses"), are not natural born or naturalized citizens, legal permanent residents, or nationals of the United States;

2. The material witnesses entered the United States illegally on or about January 17, 2022;

3. The material witnesses were transported in the vehicle where defendant Brian Tackett was a passenger;

4. The parties also jointly agree that as a result of this stipulation, the material witnesses will be returned to their country of origin and thus unavailable as defined in Fed. R. Evid. 804;

5. Therefore, the parties agree that the government may elicit hearsay testimony from any agent regarding any statements made by the above-referenced material witnesses