1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

| | |
|---|---|
| 9  United States of America, | No. 22-MJ-00083-TUC-N/A-LAB |
| 10               Plaintiff, | **ORDER FOR RELEASE OF MATERIAL WITNESSES** |
| 11  v. | |
| 12  Brian Tackett | |
| 13               Defendant. | |
| 14 | |

15   Upon joint motion of the parties to this action, (Doc. 28), and good cause having
16  been shown,

17   **IT IS ORDERED** directing the United States Marshal to release the material
18  witnesses, Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda, in this action, to
19  the Department of Homeland Security for return to their country of origin.

20   Dated this 24th day of February, 2022.

21
22
23
24   Honorable Leslie A. Bowman
25   United States Magistrate Judge
26
27
28