GARY M. RESTAINO
United States Attorney
District of Arizona
MICAH SCHMIT
Assistant U.S. Attorney
State Bar No.: 014887
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
gerard.schmit@usdoj.gov
Attorneys for Plaintiff

FILED

2022 MAR 16  PM 4: 57

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-00462 TUC-JGZ(LAB)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | **INDICTMENT** |
|---|---|
| Plaintiff, | VIOLATIONS:<br>8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 USC 1324 (a)(1)(B)(iii)<br>(Conspiracy to Transport Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person)<br>**Count 1**<br><br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>8 U.S.C. § 1324 (a)(1)(B)(iii)<br>(Transportation of Illegal Aliens for Profit Placing in Jeopardy the Life of Any Person)<br>**Counts 2-3** |
| v. | |
| 1. Donivan John Hale,<br>(Counts 1-3) | |
| 2. Brian Tackett,<br>(Counts 1-3) | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From a date unknown to on or about January 19, 2022, in the District of Arizona, Donivan John Hale and Brian Tackett, did knowingly and intentionally combine, conspire, confederate, and agree together and with various other persons known and unknown to the grand jury, to transport and move illegal aliens, including Fatima De Jesus Figueroa-Gomez and Ramon Mata-Miranda, within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the

purpose of commercial advantage or private financial gain, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).

## COUNT 2

On or about January 19, 2022, in the District of Arizona, Donivan John Hale and Brian Tackett, knowing and in reckless disregard of the fact that an alien, Fatima De Jesus Figueroa-Gomez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii) and Title 18, United States Code, Section 2.

## COUNT 3

On or about January 19, 2022, in the District of Arizona, Donivan John Hale and Brian Tackett, knowing and in reckless disregard of the fact that an alien, Ramon Mata-Miranda, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person, in

///

violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: March 16, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

MICAH SCHMIT
Assistant U.S. Attorney