IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR  4:22-cr-00462-JGZ-LAB |
| | ) | |
| Plaintiff, | ) | **WAIVER OF PERSONAL** |
| | ) | **APPEARANCE AT ARRAIGNMENT** |
| vs. | ) | **AND** |
| | ) | **ENTRY OF NOT GUILTY PLEA** |
| Brian Tackett         , | ) | **AND** |
| | ) | **ACKNOWLEDGMENT OF** |
| Defendant. | ) | **TRIAL DATE AND PLEA DEADLINE;** |
| | ) | **AVOWAL OF DEFENSE COUNSEL** |
| | ) | |

Defendant's attorney undersigned, **avows** that counsel has discussed **all** the following with Defendant and further avows that **both Defendant** and Defendant's attorney agree:

(1)  Defendant's attorney has provided or reviewed with the Defendant a copy of the Indictment;
(2)  Defendant's attorney has explained to the Defendant the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Defendant's constitutional rights;
(3)  Defendant understands there is a right to appear personally at the arraignment to be advised of the charge(s). Defendant also understands that the execution of this waiver results in a waiver of the right to appear at the arraignment;
(4)  Defendant's attorney is authorized to appear at the arraignment on behalf of the Defendant. Defendant's attorney shall enter a plea of not guilty at the arraignment on Defendant's behalf.

Defendant, having conferred with the attorney of record, waives personal appearance and the reading of the Indictment at arraignment in this case. Defendant authorizes the entry of a not guilty plea on behalf of Defendant.

Defendant further waives personal notice of the date of trial and acknowledges that the trial will be on  May 17, 2022  at 9:30 a.m. with a plea deadline of  April 29, 2022        before the paired Magistrate Judge. Defendant understands that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

DATE:   April 6, 2022            /s/ Adam Dippel
                                 Attorney for Defendant

INDICATE DEFENDANT'S LANGUAGE:
[X] ENGLISH
[ ] SPANISH
[ ] OTHER