**LAW OFFICE OF ADAM DIPPEL, PLLC**
177 North Church Avenue, Suite 1100
Tucson, AZ 85701
**ADAM DIPPEL, SB# 029797**
Tel: (520) 257-4445/Fax: (520) 844-9912
adam@dippel-law.com
Attorney for Brian Tackett

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 4:22-cr-00462-JGZ-LAB |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL AND PLEA DEADLINE** |
| vs. | **(Unopposed. First Request)** |
| Brian Tackett, | **In-Custody Defendant** |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Defendant, Brian Tackett, by and through counsel, hereby moves for a continuance of the plea deadline currently set for April 29, 2022, and the trial date currently set for May 17, 2022. Pursuant to Title 18, United States Code, §3161(h)(7)(A), Mr. Tackett requests a 30-day continuance in order to allow additional time to prepare for trial. AUSA, Micah Schmidt, has no objection to the requested continuance.

(. . .)

1

For this reason, Mr. Tackett respectfully requests a continuance of the plea deadline and trial date.

RESPECTFULLY SUBMITTED this 2nd day of May 2022.

    Law Office of
    ADAM DIPPEL, PLLC

    /s/ Adam Dippel
    Attorney for Defendant

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System

Micah Schmidt, Assistant
United States Attorney's Office