**LAW OFFICE OF ADAM DIPPEL, PLLC**
177 North Church Avenue, Suite 1100
Tucson, AZ 85701
**ADAM DIPPEL, SB# 029797**
Tel: (520) 257-4445/Fax: (520) 844-9912
adam@dippel-law.com
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Brian Tackett,<br><br>   Defendant. | 4:22-cr-00462-JGZ-LAB<br><br>MOTION TO CONTINUE TRIAL AND PLEA DEADLINE<br><br>**(Unopposed. Third Request)**<br><br>**In-Custody Defendant** |

  It is expected that excludable delay under Title 18, United States Code, §3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

  Defendant, Brian Tackett, by and through counsel, hereby moves for a continuance of the plea deadline currently set for July 22, 2022, and the trial date currently set for August 9, 2022. Pursuant to Title 18, United States Code, §3161(h)(7)(A), Mr. Tackett requests a 30-day continuance in order to allow additional time to prepare for trial.

(. . .)

Neither the counsel for co-defendant, nor the assigned AUSA have objections to the requested continuance.

RESPECTFULLY SUBMITTED this 25th day of July, 2022.

**/s/ Adam Dippel**
ADAM DIPPEL
*Attorney for Defendant Tackett*

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Micah Schmit, Assistant
United States Attorney's Office

Philip Kimble
Attorney for co-defendant Hale