**LAW OFFICE OF ADAM DIPPEL, PLLC**
177 North Church Avenue, Suite 1100
Tucson, AZ 85701
**ADAM DIPPEL, SB# 029797**
Tel: (520) 257-4445/Fax: (520) 844-9912
adam@dippel-law.com
Attorney for Defendant

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The United States of America, | 4:22-cr-00462-JGZ-LAB |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW** |
| Brian Tackett, | **In-Custody Defendant** |
| Defendant. | |

COMES NOW, undersigned counsel, and requests that counsel be withdrawn as attorney of record and new counsel be appointed to represent Mr. Tackett. Counsel undersigned recently closed his legal practice and has left the practice of criminal defense.

Counsel avows he has discussed this matter with Mr. Tackett and that he agrees to withdrawal of counsel and reappointment of new counsel. He is fully advised as to the status of his case, including any upcoming hearings or deadlines.

RESPECTFULLY SUBMITTED this 14th day of September, 2022.

/s/ Adam Dippel
ADAM DIPPEL
*Attorney for Defendant Tackett*

1

Copy of the foregoing has been provided
by electronic transmittal via the CM/ECF System:

Micah Schmit, Assistant
United States Attorney's Office