# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-00462-TUC-JCH-LAB-2 |
| Plaintiff, | **ORDER** |
| v. | |
| Brian Tackett, | |
| Defendant. | |

This matter having been referred for a pretrial status conference pursuant to FED.R.CRIM.P.50 and LRCIV. 7.2(a) and LRCRIM.12.1, Rules of Practice of the U.S. District Court for the District of Arizona;

**IT IS ORDERED** that a Pretrial Status Conference is set for November 4, 2022 at 2:15 p.m. before Magistrate Judge Leslie A. Bowman, Courtroom 3B.

**IT IS FURTHER ORDERED** that, prior to the Status Conference, counsel are expected to meet and confer in good faith before the conference and should be prepared to discuss discovery, disclosure, and any other matters which will aid in the prompt disposition of this case.

Dated this 28th day of October, 2022.

Honorable Leslie A. Bowman
United States Magistrate Judge