**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** November 9, 2022 |
| **USA v. Brian Tackett** | **Case Number:** CR-22-00462-002-TUC-JGZ (LAB) |

**Assistant U.S. Attorney:** Micah Schmit
**Attorney for Defendant:** Francisco Leon, CJA
**Interpreter:** N/A
**Defendant:**   ☒ Present   ☒ Custody

**PRETRIAL STATUS CONFERENCE:**
-This case was filed on: 3/16/2022
-The plea deadline is: 12/2/2022
-Trial is scheduled for: 12/20/2022
-The trial date has been continued 4 times- Another motion to continue trial and plea deadline is anticipated. Defense counsel is newly appointed and needs additional time to review disclosure.
-Regarding discovery: Deadline is 10/27/2022. Additional time is needed
-Regarding pretrial motions: Deadline is 11/10/2022
-Regarding the possibility of a non-trial disposition: Not discussed
-No issues reported.


**Recorded By** Courtsmart                                   **SC     05 min**
**Deputy Clerk** Susana Barraza                              **Start:  10:46 AM**
                                                             **Stop:   10:51 AM**