Francisco León
**LAW OFFICE OF FRANCISCO LEÓN**
8987 E. Tanque Verde Rd.
Suite 309, PMB 432
Tucson, Arizona 85749-9610
Az. Bar: 006578
TEL 520-305-9170
TEL 520-465-3000
FAX 520-340-6437
azcrimlaw@gmail.com
Attorney for Tackett

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | 4:22-cr-00462-JGZ-LAB |
| Plaintiff, | |
| vs. | **SECOND UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PLEA DEADLINE** |
| **Brian Tackett,** | |
| Defendant. | |

It is expected that excludable delay under 18 U.S.C. §3161 et seq. may occur because of this motion or from an order based thereon.

Defendant Brian Tackett, by and through his counsel, moves the Court to issue its order continuing the plea deadline, presently scheduled for December 2, 2022, for a period of sixty (60) days and his trial, presently scheduled for December 20, 2022 for a period of sixty (60) days, or as soon thereafter as is convenient for the Court and parties.

This motion is made necessary because undersigned counsel needs additional time to investigate and prepare for trial.  In addition, the holiday season makes it difficult to visit and Tackett and to prepare for trial.

Undersigned counsel is authorized to state that AUSA Micah Schmit does not object to this motion or to an order based thereon.

**RESPECTFULLY SUBMITTED** on this 5th day of December 2022.

**LAW OFFICE OF FRANCISCO LEÓN**

Francisco León

**CERTIFICATE OF SERVICE**

_X___ I hereby certify that on December 5, 2022, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. Jennifer G. Zipps
United States District Judge

Hon. Leslie A. Bowman
United States Magistrate Judge

Micah Schmit
Assistant United States Attorney

_X___ I hereby certify that on December 5, 2022, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Brian Tackett
Reg. No. 82745-509